

FILED
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Czeslawa J. Tokarz <br> A043-699-308 <br><br>       Plaintiff, <br> vs. <br><br> Ruth A. Dorochoff, District Director of the USCIS, Department of Homeland Security; Michael Chertoff, Secretary, Department of Homeland Security; Peter D. Keisler, Acting Attorney General, U.S. Department of Justice <br><br> & <br><br> Robert S. Mueller, Director, Federal Bureau of Investigation <br><br>       Defendants | No.    07CV6275 <br> JUDGE ASPEN <br> MAG. JUDGE VALDEZ |

## COMPLAINT FOR HEARING ON NATURALIZATION APPLICATION

### UNDER 8 USC SEC. 1447(B)

Plaintiff, by her undersigned attorney, complaining of Defendants, allege as follows:

1. Plaintiff is an individual and permanent resident of the United States who resides within the jurisdiction of this court. Plaintiff's claim to naturalization arises under 8 U.S.C. Sec. 1447(b).

2. Plaintiff is a resident of Roselle, Illinois.

3. Plaintiff was granted her permanent residency on April 29, 1993. *See* Exhibit 1.

4. Any named defendant is sued in his official capacity only.

5. Ruth A. Dorochoff, the Defendant herein, is the District Director of the United States Citizenship and Immigration Services (USCIS) and is sued herein in her official capacity. Defendant is responsible for the grant or denial of naturalization applications filed within the Chicago USCIS District Office. The Federal Bureau of Investigation ("FBI") is named as a party to this action because they conduct a name/security check for the DHS as part of the application process.

6. The Court has jurisdiction in this action pursuant to 8 U.S.C. Sec. 1447(b), 28 U.S.C. Sec. 2201 as well as 28 U.S.C. §1331 & §1361.

7. Plaintiff submitted an application for naturalization to the Defendant and on March 7, 2005, the Defendant and/or his designated agent interviewed Plaintiff on her application. During the time of the interview the Plaintiff received Form N-652, "Naturalization Interview Results", indicating that she had passed the tests for English and U.S. history and government and her case had been recommended for approval. *See* Exhibit 2. Up to the date, no decision has been made on Plaintiff's naturalization application.

8. Plaintiff maintains that she meets all statutory requirements for eligibility for naturalization.

9. With assistance of the United States Representative Peter J. Roskam a congressional liaison request was made to the Federal Bureau of Investigation regarding the status of the Plaintiff's case. The response was received on August 8, 2007 indicating that FBI had completed the background check on Plaintiff's application on December 9,

2004 and had forwarded the results to the USCIS Headquarters in Washington, DC. *See* Exhibit 3.

10. On August 8, 2007, another congressional liaison request was made to the Chicago USCIS District Office. *See* Exhibit 4. The response was received on August 30, 2007 indicating that the Plaintiff's case was being held pending background investigation. *See* Exhibit 5.

11. The responses from the Federal Bureau of Investigation and from the USCIS following the inquiries made on behalf of the Plaintiff are inconsistent and contradictory.

12. The application for naturalization has been pending for over 32 months since the time of examination. It is imperative that Plaintiff's application be adjudicated as soon as possible, because the delay by the DHS and FBI is unreasonable, and the Plaintiff is precluded from enjoying the rights and responsibilities of being a Citizen of the United States due to agency inaction.

13. Plaintiff has no other adequate remedy for the agency failure to complete and adjudicate the application for citizenship.

14. More than 120 days have passed since the Plaintiff's interview and "examination" in her naturalization application and the Defendant has failed to make a determination under 8 U.S.C. Sec. 1446 of the Plaintiff's naturalization application. The Defendant's failure to make a determination on Plaintiff's application for naturalization within the 120-day statutory period from the date of examination allows Plaintiff to bring the matter to this Court for a hearing pursuant to 8 U.S.C. Sec. 1447(b).

15. Plaintiff desires a judicial determination of her naturalization application and a declaration that she is entitled to be naturalized as a Citizen of the United States.

WHEREFORE, the Plaintiff prays that:

1. The Court will hear Plaintiff's case and render a judgment and determine the matter of naturalization, or in the alternative remand the matter with appropriate instructions to the USCIS to determine the matter.

2. The Court grant such further relief, including attorney fees and costs of this action, as may be just, lawful, and equitable in the premises.

Dated: 11/06/07

Mark S. Davidson
Attorney for Plaintiff

Mark S. Davidson
Davidson & Schiller, LLC
1 N. LaSalle St.
Suite 2400
Chicago, IL 60602
(312) 499-9000

**PERMANENT RESIDENT CARD**
NAME TOKARZ, CZESLAWA J

INS A# 043-699-308
Birthdate    Category    Sex
07/16/        AA2         F
Country of Birth
Poland
CARD EXPIRES 01/16/14
Resident Since 04/29/93


C1USA0436993083LIN0307556290<<
4807160F1401165POL<<<<<<<<<<8
TOKARZ<<CZESLAWA<JOZEFA<<<<<<<

EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 43 699 308

On __3-7-05__, you were interviewed by USCIS officer __Neuner__

- ☒ You passed the tests of English and U.S. history and government.
- ☐ You passed the tests of U.S. history and government and the English language requirement was waived.
- ☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- ☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.
- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- ☐ Please follow the instructions on Form N-14.
- ☐ USCIS will send you a written decision about your application.
- ☐ You did not pass the second and final test of your _____ English ability/_____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) __✓__ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

- ☒ Notify USCIS if you change your address
- ☒ Come to any scheduled interview.
- ☒ Submit all requested documents.
- ☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.
- ☒ Go to any Oath Ceremony that you are scheduled to attend.
- ☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

EXHIBIT 2

**PETER J. ROSKAM**
6TH DISTRICT, ILLINOIS

COMMITTEE ON FINANCIAL
SERVICES

SUBCOMMITTEES:
CAPITAL MARKETS, INSURANCE, AND
GOVERNMENT-SPONSORED
ENTERPRISES

DOMESTIC AND INTERNATIONAL
MONETARY POLICY, TRADE AND
TECHNOLOGY

OVERSIGHT AND INVESTIGATIONS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306

507 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4561
(202) 225-1166 FAX

150 S. BLOOMINGDALE ROAD
SUITE 200
BLOOMINGDALE, IL 60108
(630) 893-9670
(630) 893-9735 FAX

www.roskam.house.gov

August 8, 2007

Mrs. Czeslawa Tokarz
230 Lincoln Street
Roselle, IL 60172-1126

Dear Czeslawa,

My office received a response in reference to the inquiry I made on your behalf. The Federal Bureaus of Investigation's informed me they have completed their background check on 12/09/2004.

Once more information is provided; my office will contact you immediately. Please feel free to call my district office should you have any questions.

Very truly yours,

Peter J. Roskam
Member of Congress

PJR/LC

EXHIBIT 3

PRINTED ON RECYCLED PAPER

Campuzano, Lee

From:   Coates, Denise

To:     Campuzano, Lee
Subject: CZESLAWA TOKARZ

A review of the Federal Bureau of Investigation's Name Check Program database concerning CZESLAWA TOKARZ revealed that the request was received from the United States Citizenship and Immigration Services (USCIS) on 12/09/2004. This submission was processed and completed by the FBI on 12/09/2004. The results were forwarded to the USCIS Headquarters, Washington, D.C.

I trust this information will assist you in responding to your constituent.

Sincerely,


Michael A. Cannon/dc
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation





8/8/2007

**PETER J. ROSKAM**
6TH DISTRICT, ILLINOIS

COMMITTEE ON FINANCIAL SERVICES

SUBCOMMITTEES:

CAPITAL MARKETS, INSURANCE, AND GOVERNMENT-SPONSORED ENTERPRISES

DOMESTIC AND INTERNATIONAL MONETARY POLICY, TRADE AND TECHNOLOGY

OVERSIGHT AND INVESTIGATIONS



# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306

507 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4561
(202) 225-1166 FAX

160 S. BLOOMINGDALE ROAD
SUITE 200
BLOOMINGDALE, IL 60108
(630) 893-9670
(630) 893-9735 FAX

www.roskam.house.gov

August 8, 2007

Mrs. Czeslawa Tokarz
230 Lincoln Street
Roselle, IL 60172-1126

Dear Czeslawa,

Enclosed please find a copy of the inquiry my office sent to US Citizenship and Immigration Services - Chicago District Office. The Service has informed my office that it may take between 30 to 60 days to provide a response.

I look forward to providing anything new that I learn about your case.

Very truly yours,

Peter J. Roskam
Member of Congress

PJR/LC

[EXHIBIT 4]


**PETER J. ROSKAM**
6TH DISTRICT, ILLINOIS

COMMITTEE ON FINANCIAL
SERVICES

SUBCOMMITTEES:

CAPITAL MARKETS, INSURANCE, AND
GOVERNMENT-SPONSORED
ENTERPRISES

DOMESTIC AND INTERNATIONAL
MONETARY POLICY, TRADE AND
TECHNOLOGY

OVERSIGHT AND INVESTIGATIONS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306

507 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4561
(202) 225-1166 FAX

150 S. BLOOMINGDALE ROAD
SUITE 200
BLOOMINGDALE, IL 60108
(630) 893-9670
(630) 893-9735 FAX

www.roskam.house.gov

August 8, 2007

Ms. Ruth Dorochoff
District Director
USCIS - Chicago District Office
Attn: Congressional Unit
101 West Congress Parkway
Chicago, IL 60605



Dear Ms. Dorochoff,

My constituent, Mrs. Czeslawa Tokarz, has requested I contact you. Please know our office has a signed release form on file.

Name: Mrs. Czeslawa Tokarz
Address: 230 Lincoln Street Roselle, IL 60172-1126
Case Type: N-400
A Number: A043699308
DOB: 07/16/1948
File Date: 11/02/2004
Interview Date:
Oath Date:
Fingerprint Date:
Description: Can you please provide a status?

Please respond to my staff member, Lee Campuzano, I would appreciate any information you are able to provide. Thank you in advance for all your assistance. I look forward to hearing from you.

Very truly yours,

Peter J. Roskam
Member of Congress

PRINTED ON RECYCLED PAPER

**PETER J. ROSKAM**
6TH DISTRICT, ILLINOIS

COMMITTEE ON FINANCIAL
SERVICES

SUBCOMMITTEES:

CAPITAL MARKETS, INSURANCE, AND
GOVERNMENT-SPONSORED
ENTERPRISES

DOMESTIC AND INTERNATIONAL
MONETARY POLICY, TRADE AND
TECHNOLOGY

OVERSIGHT AND INVESTIGATIONS



# Congress of the United States
## House of Representatives
### Washington, DC 20515-1306

507 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4561
(202) 225-1166 FAX

150 S. BLOOMINGDALE ROAD
SUITE 200
BLOOMINGDALE, IL 60108
(630) 893-9670
(630) 893-9735 FAX

www.roskam.house.gov

August 30, 2007

Mrs. Czeslawa Tokarz
230 Lincoln Street
Roselle, IL 60172-1126

Dear Czeslawa,

Enclosed is a copy of the response my office received from US Citizenship and Immigration Services – Chicago District Office in reference to your case. The background checks for your case has not been completed. An exact date of completion can not be given at this time.

It has been a pleasure serving you. Please feel free to contact my office should you require further assistance in the future.

Very truly yours,

Peter J. Roskam
Member of Congress

PJR/LC

EXHIBIT 5

Mail

## Campuzano, Lee

| | |
|---|---|
| **From:** | Clay, Veronica, on behalf of CHI-Congressional |
| **To:** | Campuzano, Lee |
| **Subject:** | RE: Congresssional Inquiry (Roskam-IL06) Tokarz, Czeslawa A043699308 |

**Attachments:** image002.png



The Honorable Peter K. Roskam
United States Congress
Attn: Lee Campuzano

United States Citizenship and Immigration Services (USCIS) is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security. Though background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition. Although USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction. Unfortunately, this process can sometimes take years.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.

We have checked into your constituent's case and have been assured that the agency is aware of your inquiry and is monitoring progress of the case.

*Robert L. Blackwood*

Robert L. Blackwood
Field Office Director