AE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07CV6275
JUDGE ASPEN
MAG. JUDGE VALDEZ

In the Matter of

Czeslawa J. Tokarz v. Ruth A. Dorochoff, District Director of the USCIS, Department of Homeland Security; Robert S. Mueller, Director, Federal Bureau of Investigation et al. Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Czeslawa J. Tokarz

FILED
NOV 06 2007
NOV 0 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Mark S. Davidson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
| Davidson & Schiller, LLC. |

| STREET ADDRESS |
| --- |
| One North LaSalle Street, Suite 2400 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 14722 | (312)499-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |