UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CZESLAWA J. TOKARZ )<br>A043-699-308 )<br>  )<br>　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　)<br>RUTH A. DOROCHOFF, District )<br>Director of the USCIS, )<br>Department of Homeland )<br>Security, *et al*., )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendants ) | No. 07 C 6275<br>Judge Marvin E. Aspen |

## MOTION TO DISMISS

Plaintiff, by her undersigned attorney, moves for dismissal of her complaint since all issues have been resolved and Ms. Tokarz was sworn in as a naturalized citizen on January 3, 2008.

WHEREFORE, the Plaintiff prays that this matter be dismissed.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MARK S. DAVIDSON
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

**CERTIFICATE OF SERVICE**

I, Mark S. Davidson, declare that on this 16 day of January, 2008, a true and correct copy of the attached Motion to Dismiss (No. 07 C 6275) was hand delivered to the U. S. Attorney's Office for the Northern District of Illinois of the United States Department of Justice, 219 S. Dearborn St. 5th Floor, Chicago, IL 60604.


By: s/Mark S. Davidson

MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000