## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Czeslawa J. Tokarz
                         Plaintiff,

v.                                                   Case No.: 1:07−cv−06275
                                                            Honorable Marvin E. Aspen

Ruth A. Dorochoff, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/17/08:Plaintiff's Motion to dismiss [8] her complaint is granted. Motion terminated. This action is dismissed in its entirety. The status hearing set for 1/29/08 is stricken. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.